**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed June 1, 2023.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00078-CV

---

## MINAZ HASSANALI AND WESTMONT HOSPITALITY GROUP, Appellants

### V.

## MAHENDRA KAPADIA AND WESTCHASE INTERESTS, LLC, Appellees

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2021-51498**

## MEMORANDUM OPINION

This is an appeal from an order denying a motion to compel arbitration signed January 13, 2022. On May 18, 2023, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate the appeal and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.